Page: 1

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| | | |
|---|---|---|
| **Case Number:** 15-20488 AJC | **Trustee:** | SONEET R. KAPILA, CHAPTER 7 TRUSTEE |
| **Case Name:** Pharma Science Nutrients, Inc. | **Filed (f) or Converted (c):** | 04/18/16 (c) |
| | **§341(a) Meeting Date:** | 09/02/15 |
| **Period Ending:** 03/31/19 | **Claims Bar Date:** | 12/01/15 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Gateway Bank Checking Account | 21,160.00 | 0.00 | | 0.00 | FA |
| 2 | Miscellaneous A/R(amount is being reconciled and subject to adjustment) | 2,000,000.00 | 0.00 | | 0.00 | FA |
| 3 | Patenta, copyrights and other intellectual property | Unknown | 0.00 | | 0.00 | FA |
| 4 | Office equipment, furnishings, and supplies | 1,800.00 | 0.00 | | 0.00 | FA |
| 5 | Business machinery, fixtures, equip., supplies MACHINERY LOCATED AT INNOVATION LABORATORIES, INC. | 102,000.00 | 25,000.00 | | 25,000.00 | FA |
| 6 | Raw Materials and Packaging Components | 0.00 | 0.00 | | 0.00 | FA |
| 7 | ADV. 16-01466 TRUSTEE V. NUTRAVAIL, INC. (u) | 117,500.00 | 117,500.00 | | 117,500.00 | FA |
| 8 | SETTLEMENT WITH BPI (u) | 0.00 | 275,000.00 | | 275,000.00 | FA |
| 9 | ADV. 17-01274 TRUSTEE V. LAW OFFICES OF ROBERT MACKEY (u) COMPLAINT DISMISSED NOTICE OF ABANDONMENT FILED ON JUNE 26, 2018 | 0.00 | 0.00 | OA | 0.00 | FA |
| 10 | ADV. 17-01275 TRUSTEE V. NATURE'S ABUNDANT JOY, LLC (u) FINAL JUDGMENT ENTERED ON 11/20/17. SEE ASSET NO. 10. | 0.00 | 14,975.00 | | 0.00 | FA |
| 11 | ADV. 17-01276 TRUSTEE V. RUTKOSKI (u) COMPLAINT DISMISSED NOTICE OF ABANDONMENT FILED ON JUNE 26, 2018 | 0.00 | 0.00 | OA | 0.00 | FA |
| 12 | ADV. 17-01277 TRUSTEE V. JONATHAN KLINE, P.A. (u) | 0.00 | 2,175.00 | | 2,175.00 | FA |
| 13 | ADV. 17-01278 TRUSTEE V. BRANDEMIHL (u) COMPLAINT DISMISSED NOTICE OF ABANDONMENT FILED ON JUNE 26, 2018 | 0.00 | 0.00 | OA | 0.00 | FA |
| 14 | ADV. 17-01279 TRUSTEE V. VISA (u) SETTLEMENT PER ORDER DATED APRIL 20, 2018 | 0.00 | 0.00 | | 0.00 | FA |
| 15 | ADV. 17-01280 TRUSTEE V. AMERICAN EXPRESS BANK FSB (u) | 0.00 | 100,000.00 | | 100,000.00 | FA |

Page: 2

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case Number: | 15-20488 AJC | Trustee: | SONEET R. KAPILA, CHAPTER 7 TRUSTEE |
|---|---|---|---|
| Case Name: | Pharma Science Nutrients, Inc. | Filed (f) or Converted (c): | 04/18/16 (c) |
| | | §341(a) Meeting Date: | 09/02/15 |
| Period Ending: | 03/31/19 | Claims Bar Date: | 12/01/15 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 16 | FINAL JUDGMENT AGAINST INNOVATION LABORATORIES, INC. (u) | 25,000.00 | 25,000.00 | | 25,000.00 | FA |
| 17 | ADV. 17-01273 TRUSTEE V. BIOGIN BIOCHEMICALS CO. (u) | 0.00 | 10,000.00 | | 10,000.00 | FA |
| 18 | ADV. 17-01430 TRUSTEE V. LARRY BOOTH (u) | 0.00 | 8,100.00 | | 8,100.00 | FA |
| 19 | BROWN & BROWN OF FLORIDA, INC. (u) | 0.00 | 2,409.56 | | 2,409.56 | FA |
| 20 | ADV. 17-01430 TRUSTEE V. JAMES MIENIK, PROFIT & TRUST (u) | 0.00 | 28,500.00 | | 14,000.00 | 14,500.00 |
| | TOTALS (Excluding Unknown Values) | $2,267,460.00 | $608,659.56 | | $579,184.56 | $14,500.00 |

**Major activities affecting case closing:**
CBD: 12/01/15; CLAIMS REVIEWED
TAX RETURN STATUS: 2016 & 2017 RETURN FILED; 2018 RETURN ON EXTENSION

CASE STATUS: THE TRUSTEE HIRED DAVID SAMOLE, ESQ. TO REPRESENT THE ESTATE. THE TRUSTEE IS CURRENTLY PURSUING PREFERENCE AND FRAUDULENT TRANSFER ACTIONS. LITIGATION CONTINUES

**Initial Projected Date of Final Report (TFR):** December 31, 2018         **Current Projected Date of Final Report (TFR):** April 30, 2020

Page: 1

# Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 15-20488 AJC | | Trustee: | SONEET R. KAPILA, CHAPTER 7 TRUSTEE |
|---|---|---|---|---|
| Case Name: | Pharma Science Nutrients, Inc. | | Bank Name: | Signature Bank |
| | | | Account: | ******0892 - Checking |
| Taxpayer ID#: | ******1165 | | Blanket Bond: | $56,290,000.00 (per case limit) |
| Period: | 04/01/18 - 03/31/19 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/05/16 | Asset #19 | BROWN & BROWN OF FLORIDA, INC. | REFUND ON CANCELLED INSURANCE POLICY | 1229-000 | 2,409.56 | | 2,409.56 |
| 05/31/16 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 4.38 | 2,405.18 |
| 06/30/16 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 2,400.18 |
| 07/29/16 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 2,395.18 |
| 08/31/16 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,385.18 |
| 09/30/16 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,375.18 |
| 10/31/16 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,365.18 |
| 11/09/16 | Asset #5 | Innovation | PAYMENT PER ORDER DATED 10/25/16 (DE 122); Payment to A/R Account #2, Payment #2 | 1129-000 | 10,000.00 | | 12,365.18 |
| 11/09/16 | Asset #16 | Innovation | PAYMENT PER ORDER DATED 10/25/16 (DE 122); | 1249-000 | 25,000.00 | | 37,365.18 |
| 11/30/16 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 49.55 | 37,315.63 |
| 12/21/16 | Asset #5 | Innovation | PAYMENT PER ORDER DATED 10/25/16 (DE 122); Payment to A/R Account #2, Payment #3 | 1129-000 | 10,000.00 | | 47,315.63 |
| 12/30/16 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 73.12 | 47,242.51 |
| 01/31/17 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 93.17 | 47,149.34 |
| 02/13/17 | Asset #7 | NUTRAVAIL, INC. | PAYMENT PER ORDER DATED 1/23/17 (DE 126) NUTRAVAIL SETTLEMENT ; Payment to A/R Account #1, Payment #1 | 1241-000 | 117,500.00 | | 164,649.34 |
| 02/22/17 | Asset #5 | Innovation | PAYMENT PER ORDER DATED 10/25/16 (DE 122); Payment to A/R Account #2, Payment #4 | 1129-000 | 5,000.00 | | 169,649.34 |
| 02/28/17 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 191.88 | 169,457.46 |
| 03/31/17 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 323.83 | 169,133.63 |
| 04/28/17 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 291.93 | 168,841.70 |
| 05/31/17 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 343.47 | 168,498.23 |

Page: 2

# Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 15-20488 AJC | | Trustee: | SONEET R. KAPILA, CHAPTER 7 TRUSTEE |
|---|---|---|---|---|
| Case Name: | Pharma Science Nutrients, Inc. | | Bank Name: | Signature Bank |
| | | | Account: | ******0892 - Checking |
| Taxpayer ID#: | ******1165 | | Blanket Bond: | $56,290,000.00 (per case limit) |
| Period: | 04/01/18 - 03/31/19 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>Uniform<br>Tran. Code | Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/30/17 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 311.61 | 168,186.62 |
| 07/31/17 | Asset #8 | BPI Settlement | PAYMENT PER ORDER DATED JULY 11, 2017 [ECF 137]; Payment to A/R Account #3, Payment #0 | 1221-000 | 100,000.00 | | 268,186.62 |
| 07/31/17 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 300.66 | 267,885.96 |
| 08/10/17 | 1001 | Martin Claire & Co., LLC | PAYMENT PER ORDER DATED AUGUST 8, 2017 [ECF 152] | 3711-000 | | 400.00 | 267,485.96 |
| 08/14/17 | 1002 | SONEET R. KAPILA, CHAPTER 7 TRUSTEE | PAYMENT PER ORDER DATED JULY 28, 2017 [ECF 149] | 2100-000 | | 22,875.00 | 244,610.96 |
| 08/14/17 | 1003 | KAPILAMUKAMAL LLP | PAYMENT PER ORDER DATED JULY 28, 2017 [ECF 149] | 3310-000 | | 13,220.40 | 231,390.56 |
| 08/14/17 | 1004 | KOZYAK TROPIN THROCKMORTON PA | PAYMENT PER ORDER DATED JULY 28, 2017 [ECF 149] | 3210-000 | | 46,762.50 | 184,628.06 |
| 08/31/17 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 465.93 | 184,162.13 |
| 09/14/17 | | BPI Settlement | PAYMENT PER ORDER DATED JULY 11, 2017 [ECF 137] | | 70,000.00 | | 254,162.13 |
| 09/14/17 | Asset #8 | | Payment to A/R Account #3, 35,000.00 Payment #1 | 1221-000 | | | 254,162.13 |
| 09/14/17 | Asset #8 | | Payment to A/R Account #3, 35,000.00 Payment #2 | 1221-000 | | | 254,162.13 |
| 09/29/17 | 1005 | KAPILAMUKAMAL LLP | PAYMENT PER ORDER DATED SEPTEMBER 21, 2017 [ECF 160] | 3310-000 | | 6,309.20 | 247,852.93 |
| 09/29/17 | 1006 | KAPILAMUKAMAL, LLP | PAYMENT PER ORDER DATED SEPTEMBER 21, 2017 [ECF 160] | 3320-000 | | 17.62 | 247,835.31 |
| 09/29/17 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 393.95 | 247,441.36 |
| 10/27/17 | Asset #8 | BPI Settlement | PAYMENT PER ORDER DATED JULY 11, 2017 [ECF 137]; Payment to A/R Account #3, Payment #4 | 1221-000 | 35,000.00 | | 282,441.36 |
| 10/31/17 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 498.68 | 281,942.68 |

Page: 3

# Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 15-20488 AJC | | Trustee: | SONEET R. KAPILA, CHAPTER 7 TRUSTEE |
|---|---|---|---|---|
| Case Name: | Pharma Science Nutrients, Inc. | | Bank Name: | Signature Bank |
| | | | Account: | ******0892 - Checking |
| Taxpayer ID#: | ******1165 | | Blanket Bond: | $56,290,000.00 (per case limit) |
| Period: | 04/01/18 - 03/31/19 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 11/15/17 | Asset #12 | Jonathan Kline, PA | PAYMENT PER ORDER DATED 11/7/17 (DE 166); Payment to A/R Account #1000, Payment #1 | 1241-000 | 2,175.00 | | 284,117.68 |
| 11/30/17 | Asset #8 | BPI Sports, LLC | PAYMENT PER ORDER DATED JULY 11, 2017 [ECF 137]; Payment to A/R Account #3, Payment #3 | 1221-000 | 35,000.00 | | 319,117.68 |
| 11/30/17 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 523.41 | 318,594.27 |
| 12/26/17 | Asset #15 | AMERCAN EXPRESS | PAYMENT PER ORDER DATED JANUARY 5, 2018 | 1241-000 | 100,000.00 | | 418,594.27 |
| 12/29/17 | Asset #8 | BPI Sports, LLC | PAYMENT PER ORDER DATED JULY 11, 2017 [ECF 137]; Payment to A/R Account #3, Payment #3 | 1221-000 | 35,000.00 | | 453,594.27 |
| 12/29/17 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 588.04 | 453,006.23 |
| 01/31/18 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 921.53 | 452,084.70 |
| 02/28/18 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 780.37 | 451,304.33 |
| 03/13/18 | Asset #17 | BIOGIN USA INC | BIOGIN SETTLEMENT - PAYMENT PER ORDER DATED 3/20/18 | 1241-000 | 10,000.00 | | 461,304.33 |
| 03/30/18 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 845.08 | 460,459.25 |
| 04/30/18 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 879.92 | 459,579.33 |
| 05/31/18 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 878.24 | 458,701.09 |
| 06/29/18 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 820.01 | 457,881.08 |
| 07/05/18 | Asset #18 | James A. Mienick | PAYMENT PER ORDER DATED 7/13/18; Payment to A/R Account #300, Payment #0; Payment to A/R Account #300, Payment #0 | 1241-000 | 8,100.00 | | 465,981.08 |
| 07/30/18 | | James A. Mienick | PAYMENT PER ORDER DATED 5/22/18 | | | 10,000.00 | 475,981.08 |
| 07/30/18 | Asset #20 | | PAYMENT PER ORDER DATED 7/13/18; Payment to A/R Account #6, Payment #1    7,125.00 | 1241-000 | | | 475,981.08 |

Page: 4

## Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 15-20488 AJC | | Trustee: | SONEET R. KAPILA, CHAPTER 7 TRUSTEE |
|---|---|---|---|---|
| Case Name: | Pharma Science Nutrients, Inc. | | Bank Name: | Signature Bank |
| | | | Account: | ******0892 - Checking |
| Taxpayer ID#: | ******1165 | | Blanket Bond: | $56,290,000.00 (per case limit) |
| Period: | 04/01/18 - 03/31/19 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/30/18 | Asset #20 | | Payment to A/R Account #6, Payment #2    2,875.00 | 1241-000 | | | 475,981.08 |
| 07/31/18 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 916.82 | 475,064.26 |
| 08/31/18 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 907.83 | 474,156.43 |
| 09/18/18 | 1007 | KOZYAK TROPIN THROCKMORTON PA | PAYMENT PER ORDER DATED SEPTEMBER 18, 2018 [ECF202] | 3210-000 | | 137,960.00 | 336,196.43 |
| 09/18/18 | 1008 | KOZYAK TROPIN THROCKMORTON PA | PAYMENT PER ORDER DATED SEPTEMBER 18, 2018 [ECF202] | 3220-000 | | 7,251.77 | 328,944.66 |
| 09/18/18 | 1009 | KAPILAMUKAMAL LLP | PAYMENT PER ORDER DATED SEPTEMBER 18, 2018 [ECF 203] | 3310-000 | | 9,649.50 | 319,295.16 |
| 09/18/18 | 1010 | KAPILAMUKAMAL LLP | PAYMENT PER ORDER DATED SEPTEMBER 18, 2018 [ECF 203] | 3320-000 | | 472.36 | 318,822.80 |
| 09/28/18 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 753.87 | 318,068.93 |
| 10/31/18 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 647.03 | 317,421.90 |
| 11/30/18 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 587.01 | 316,834.89 |
| 12/31/18 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 605.46 | 316,229.43 |
| 01/30/19 | Asset #20 | KOZYAK TROPIN THROCKMORTON | PAYMENT PER ORDER DATED 5/22/18 Payment to A/R Account #300, Payment #2; Payment to A/R Account #6, Payment #2 | 1241-000 | 4,000.00 | | 320,229.43 |
| 01/31/19 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 623.83 | 319,605.60 |
| 02/28/19 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 551.65 | 319,053.95 |

## Form 2
## Cash Receipts and Disbursements Record

Page: 5

| Case Number: | 15-20488 AJC | Trustee: | SONEET R. KAPILA, CHAPTER 7 TRUSTEE |
|---|---|---|---|
| Case Name: | Pharma Science Nutrients, Inc. | Bank Name: | Signature Bank |
|  |  | Account: | ******0892 - Checking |
| Taxpayer ID#: | ******1165 | Blanket Bond: | $56,290,000.00 (per case limit) |
| Period: | 04/01/18 - 03/31/19 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/29/19 |  | Signature Bank | Bank and Technology Services Fee | 2600-000 |  | 570.36 | 318,483.59 |
|  |  |  | **ACCOUNT TOTALS** |  | 579,184.56 | 260,700.97 | $318,483.59 |
|  |  |  | Less: Bank Transfers |  | 0.00 | 0.00 |  |
|  |  |  | **Subtotal** |  | 579,184.56 | 260,700.97 |  |
|  |  |  | Less: Payment to Debtors |  |  | 0.00 |  |
|  |  |  | **NET Receipts / Disbursements** |  | **$579,184.56** | **$260,700.97** |  |

| | | | | |
|---|---|---|---|---|
| Net Receipts: | $579,184.56 | **TOTAL - ALL ACCOUNTS** | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
| Net Estate: | $579,184.56 | **Checking # ******0892** | 579,184.56 | 260,700.97 | 318,483.59 |
|  |  |  | $579,184.56 | $260,700.97 | $318,483.59 |