UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:   Pharma Science Nutrients, Inc.    § Case No. 15-20488-AJC
                                           §
                                           §
Debtor(s)                                  §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)

SONEET R. KAPILA, CHAPTER 7 TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $2,022,960.00 *(without deducting any secured claims)* | Assets Exempt: N/A |
| Total Distribution to Claimants: $260,052.77 | Claims Discharged Without Payment: N/A |
| Total Expenses of Administration: $333,827.90 | |

3) Total gross receipts of $593,880.67 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $593,880.67 from liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | 500,000.00 | 0.00 | 0.00 | 158,285.26 |
| PRIORITY CLAIMS |  |  |  |  |
|     CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 290,363.74 | 290,363.74 | 290,363.74 |
|     PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 69,256.66 | 43,464.16 | 43,464.16 |
|     PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 33,855.64 | 21,380.64 | 21,380.64 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 4,391,722.17 | 5,066,720.80 | 3,823,892.60 | 80,386.87 |
| **TOTAL DISBURSEMENTS** | **$4,891,722.17** | **$5,460,196.84** | **$4,179,101.14** | **$593,880.67** |

       4)  This case was originally filed under Chapter 11 on 06/10/2015 and it was converted to Chapter 7 on 04/18/2016.  The case was pending for 56 months.

       5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

       6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

       Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  12/18/2020            By: /s/ SONEET R. KAPILA, CHAPTER 7 TRUSTEE
                                                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 - GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Business machinery, fixtures, equip., supplies | 1129-000 | 25,000.00 |
| SETTLEMENT WITH BPI | 1221-000 | 275,000.00 |
| BROWN & BROWN OF FLORIDA, INC. | 1229-000 | 2,409.56 |
| ADV. 16-01466 TRUSTEE V. NUTRAVAIL, INC. | 1241-000 | 117,500.00 |
| ADV. 17-01273 TRUSTEE V. BIOGIN BIOCHEMICALS CO. | 1241-000 | 10,000.00 |
| ADV. 17-01275 TRUSTEE V. NATURE'S ABUNDANT JOY, LLC | 1241-000 | 10,500.00 |
| ADV. 17-01277 TRUSTEE V. JONATHAN KLINE, P.A. | 1241-000 | 2,175.00 |
| ADV. 17-01280 TRUSTEE V. AMERICAN EXPRESS BANK FSB | 1241-000 | 100,000.00 |
| ADV. 17-01430 TRUSTEE V. JAMES MIENIK, PROFIT & TRUST | 1241-000 | 18,000.00 |
| ADV. 17-01430 TRUSTEE V. LARRY BOOTH | 1241-000 | 8,100.00 |
| FINAL JUDGMENT AGAINST INNOVATION LABORATORIES, INC. | 1249-000 | 25,000.00 |
| State of Florida Unclaimed Funds | 1290-000 | 196.11 |
| TOTAL GROSS RECEIPTS | | $593,880.67 |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 - FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRANS. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | |

### EXHIBIT 3 - SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Regions Bank | 4210-000 | 500,000.00 | 0.00 | 0.00 | 158,285.26 |
| TOTAL SECURED CLAIMS | | | $500,000.00 | $0.00 | $0.00 | $158,285.26 |

### EXHIBIT 4 - CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| SONEET R. KAPILA, CHAPTER 7 TRUSTEE | 2100-000 | N/A | 32,944.03 | 32,944.03 | 32,944.03 |
| SONEET R. KAPILA, CHAPTER 7 TRUSTEE | 2200-000 | N/A | 442.95 | 442.95 | 442.95 |
| Martin Claire & Co., LLC | 3711-000 | N/A | 400.00 | 400.00 | 400.00 |
| KOZYAK TROPIN THROCKMORTON PA | 3210-000 | N/A | 46,762.50 | 46,762.50 | 46,762.50 |
| KOZYAK TROPIN THROCKMORTON PA | 3210-000 | N/A | 146,377.50 | 146,377.50 | 146,377.50 |
| KOZYAK TROPIN THROCKMORTON PA | 3220-000 | N/A | 7,694.71 | 7,694.71 | 7,694.71 |
| Office of the United States Trustee | 2950-000 | N/A | 650.00 | 650.00 | 650.00 |
| Signature Bank | 2600-000 | N/A | 19,709.07 | 19,709.07 | 19,709.07 |
| KAPILAMUKAMAL LLP | 3310-000 | N/A | 34,693.90 | 34,693.90 | 34,693.90 |
| KAPILAMUKAMAL, LLP | 3320-000 | N/A | 689.08 | 689.08 | 689.08 |
| TOTAL CHAPTER 7 ADMIN. FEES and CHARGES | | N/A | $290,363.74 | $290,363.74 | $290,363.74 |

**EXHIBIT 5 - PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BAST AMRON, LLP | 6700-140 | N/A | 33,151.50 | 33,151.50 | 33,151.50 |
| BAST AMRON, LLP | 6710-150 | N/A | 320.14 | 320.14 | 320.14 |
| MICHAEL D. SEESE, ESQ. | 6210-000 | N/A | 35,244.00 | 9,451.50 | 9,451.50 |
| MICHAEL D. SEESE, ESQ. | 6220-000 | N/A | 541.02 | 541.02 | 541.02 |
| TOTAL PRIOR CHAPTER ADMIN. FEES and CHARGES | | N/A | $69,256.66 | $43,464.16 | $43,464.16 |

**EXHIBIT 6 - PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | Internal Revenue Service | 5800-000 | N/A | 21,339.18 | 21,339.18 | 21,339.18 |
| 10 | Profit & Trust, LLC | 5300-000 | N/A | 12,475.00 | 0.00 | 0.00 |
| 16-2 | State of Florida - Department of Revenue | 5800-000 | N/A | 41.46 | 41.46 | 41.46 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | N/A | $33,855.64 | $21,380.64 | $21,380.64 |

**EXHIBIT 7 - GENERAL UNSECURED CLAIMS**

**UST Form 101-7-TDR (10/1/2010)**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Freightquote | 7100-000 | N/A | 30,518.91 | 30,518.91 | 643.90 |
| 2 | NATIONAL POLYMERS LLC/NATIONAL MEASURES | 7100-000 | 15,781.44 | 15,781.44 | 15,781.44 | 332.96 |
| 3 | Freightquote | 7100-000 | N/A | 30,518.91 | 0.00 | 0.00 |
| 4 | Kluger, Kaplan, Silverma,. Katzen and Levine, P.L. | 7100-000 | 5,133.34 | 5,395.84 | 5,395.84 | 113.84 |
| 5 | Internal Revenue Service | 7300-000 | N/A | 13,781.62 | 13,781.62 | 0.00 |
| 6 | Archer Daniels Midland Company | 7100-000 | N/A | 276,830.52 | 276,830.52 | 5,840.65 |
| 7 | Sun-Pac Manufacturing, Inc. | 7100-000 | 88,580.83 | 88,580.83 | 88,580.83 | 1,868.91 |
| 8 | TIC Gums, Inc. | 7100-000 | 27,974.21 | 27,974.21 | 27,974.21 | 590.21 |
| 9 | Craig Rosenberg | 7100-000 | N/A | 1,200.00 | 1,200.00 | 25.32 |
| 10 | Profit & Trust, LLC | 7100-000 | N/A | 87,625.00 | 0.00 | 0.00 |
| 11 | American Express Bank FSB | 7100-000 | 89,110.69 | 94,519.16 | 0.00 | 0.00 |
| 12 | J Marshall Fry | 7100-000 | N/A | 2,176.68 | 2,176.68 | 45.92 |
| 13 | Regions Bank | 7100-000 | N/A | 343,755.60 | 343,755.60 | 7,252.66 |
| 14 | Florida Supplement LLC | 7100-000 | N/A | 905,588.60 | 905,588.60 | 19,106.38 |
| 15 | All American Containers, Inc. | 7100-000 | 122,333.03 | 122,333.03 | 122,333.03 | 2,581.02 |
| 16-2 | State of Florida - Department of Revenue | 7100-000 | N/A | 370.84 | 370.84 | 7.82 |
| 17 | Florida Supplement, LLC | 7100-000 | 912,220.92 | 905,588.60 | 0.00 | 0.00 |
| 18 | Batory Foods | 7100-000 | 1,076,127.11 | 1,076,127.11 | 1,076,127.11 | 22,704.45 |
| 19 | Novel Ingredient Services, LLC | 7100-000 | 21,813.32 | 33,271.79 | 33,271.79 | 701.98 |
| 20 | Ausvita Nutrition, Inc. | 7100-000 | 93,734.50 | 93,734.50 | 93,734.50 | 1,977.64 |
| 21 | Vitajoy USA Inc. | 7100-000 | 175,687.39 | 175,687.39 | 175,687.39 | 3,706.71 |
| 22 | BioGin Biochemicals Co., Ltd | 7100-000 | 624,966.25 | 595,002.25 | 595,002.25 | 12,553.54 |
| 23 | NATIONAL POLYMERS LLCNATIONAL MEASURES | 7100-000 | N/A | 15,781.44 | 15,781.44 | 332.96 |
| 25 | Innovation Laboratories, Inc. | 7200-000 | N/A | 124,576.53 | 0.00 | 0.00 |
| NOTFILED | Atlantic Sweetener Co., Inc. | 7100-000 | N/A | 0.00 | 0.00 | 0.00 |
| NOTFILED | Bell Chem Corp | 7100-000 | 1,630.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Charles Earhart | 7100-000 | 1,500.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Green Wave Ingredients, Inc | 7100-000 | 61,997.50 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Laurus Labs | 7100-000 | 25,000.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Milk Specialties Global | 7100-000 | 723,620.70 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Peak Nutritional Products | 7100-000 | 23,675.42 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Robert Mackey, Esq. | 7100-000 | N/A | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Univar USA, Inc. | 7100-000 | 24,005.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | WILD Flavors, Inc. | 7100-000 | 276,830.52 | 0.00 | 0.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$4,391,722.17** | **$5,066,720.80** | **$3,823,892.60** | **$80,386.87** |

**UST Form 101-7-TDR (10/1/2010)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

Page: 1

| **Case Number:** | 15-20488 AJC | **Trustee:** | SONEET R. KAPILA, CHAPTER 7 TRUSTEE |
|---|---|---|---|
| **Case Name:** | Pharma Science Nutrients, Inc. | **Filed (f) or Converted (c):** | 04/18/16 (c) |
| | | **§341(a) Meeting Date:** | 09/02/15 |
| **Period Ending:** | 12/18/20 | **Claims Bar Date:** | 08/23/16 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | | | Estimated Net Value | | | Asset Fully |
| | | Petition/ | (Value Determined By Trustee, | Property | Sale/Funds | Administered (FA)/ |
| | Asset Description | Unscheduled | Less Liens, Exemptions, | Abandoned | Received by | Gross Value of |
| Ref # | (Scheduled And Unscheduled (u) Property) | Values | and Other Costs) | OA=§554(a) Abandon | the Estate | Remaining Assets |
| 1 | Gateway Bank Checking Account | 21,160.00 | 0.00 | | 0.00 | FA |
| 2 | Miscellaneous A/R(amount is being reconciled and subject to adjustment) | 2,000,000.00 | 0.00 | | 0.00 | FA |
| 3 | Patenta, copyrights and other intellectual property | Unknown | 0.00 | | 0.00 | FA |
| 4 | Office equipment, furnishings, and supplies | 1,800.00 | 0.00 | | 0.00 | FA |
| 5 | Business machinery, fixtures, equip., supplies MACHINERY LOCATED AT INNOVATION LABORATORIES, INC. | 102,000.00 | 25,000.00 | | 25,000.00 | FA |
| 6 | Raw Materials and Packaging Components | 0.00 | 0.00 | | 0.00 | FA |
| 7 | ADV. 16-01466 TRUSTEE V. NUTRAVAIL, INC. (u) | 117,500.00 | 117,500.00 | | 117,500.00 | FA |
| 8 | SETTLEMENT WITH BPI (u) | 0.00 | 275,000.00 | | 275,000.00 | FA |
| 9 | ADV. 17-01274 TRUSTEE V. LAW OFFICES OF ROBERT MACKEY (u) COMPLAINT DISMISSED NOTICE OF ABANDONMENT FILED ON JUNE 26, 2018 | 0.00 | 0.00 | OA | 0.00 | FA |
| 10 | ADV. 17-01275 TRUSTEE V. NATURE'S ABUNDANT JOY, LLC (u) FINAL JUDGMENT ENTERED ON 11/20/17. RECEIVED PAYMENT PER ORDER DATED 5/22/18 | 0.00 | 14,975.00 | | 10,500.00 | FA |
| 11 | ADV. 17-01276 TRUSTEE V. RUTKOSKI (u) COMPLAINT DISMISSED NOTICE OF ABANDONMENT FILED ON JUNE 26, 2018 | 0.00 | 0.00 | OA | 0.00 | FA |
| 12 | ADV. 17-01277 TRUSTEE V. JONATHAN KLINE, P.A. (u) | 0.00 | 2,175.00 | | 2,175.00 | FA |
| 13 | ADV. 17-01278 TRUSTEE V. BRANDEMIHL (u) COMPLAINT DISMISSED NOTICE OF ABANDONMENT FILED ON JUNE 26, 2018 | 0.00 | 0.00 | OA | 0.00 | FA |
| 14 | ADV. 17-01279 TRUSTEE V. VISA (u) SETTLEMENT PER ORDER DATED APRIL 20, 2018 - SETOFF AGAINST REGIONS BANK SECURITY INTEREST. | 0.00 | 27,500.00 | | 0.00 | FA |
| 15 | ADV. 17-01280 TRUSTEE V. AMERICAN EXPRESS BANK FSB (u) | 0.00 | 100,000.00 | | 100,000.00 | FA |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

Page: 2

**Case Number:** 15-20488 AJC
**Case Name:** Pharma Science Nutrients, Inc.
**Period Ending:** 12/18/20

**Trustee:** SONEET R. KAPILA, CHAPTER 7 TRUSTEE
**Filed (f) or Converted (c):** 04/18/16 (c)
**§341(a) Meeting Date:** 09/02/15
**Claims Bar Date:** 08/23/16

| Ref # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 16 | FINAL JUDGMENT AGAINST INNOVATION LABORATORIES, INC. (u) | 25,000.00 | 25,000.00 | | 25,000.00 | FA |
| 17 | ADV. 17-01273 TRUSTEE V. BIOGIN BIOCHEMICALS CO. (u) | 0.00 | 10,000.00 | | 10,000.00 | FA |
| 18 | ADV. 17-01430 TRUSTEE V. LARRY BOOTH (u) | 0.00 | 8,100.00 | | 8,100.00 | FA |
| 19 | BROWN & BROWN OF FLORIDA, INC.  (u) | 0.00 | 2,409.56 | | 2,409.56 | FA |
| 20 | ADV. 17-01430 TRUSTEE V. JAMES MIENIK, PROFIT & TRUST (u)<br>SETTLEMENT WITH JAMES MIENIK, PROFIT & TRUST AND ASSET NO. 10. | 0.00 | 18,000.00 | | 18,000.00 | FA |
| 21 | 12 BOXES OF BUSINESS RECORDS (u) | 0.00 | 0.00 | OA | 0.00 | FA |
| 22 | State of Florida Unclaimed Funds  (u) | 0.00 | 196.11 | | 196.11 | FA |
| | **TOTALS** (Excluding Unknown Values) | **$2,267,460.00** | **$625,855.67** | | **$593,880.67** | **$0.00** |

**Major activities affecting case closing:**
CBD: 12/01/15; CLAIMS REVIEWED
TAX RETURN STATUS: 2016 - 2019 RETURNS FILED

CASE STATUS:  THE CASE IS AN INVOLUNTARY CHAPTER 7.  THE TRUSTEE HIRED DAVID SAMOLE, ESQ. TO REPRESENT THE ESTATE.  THE TRUSTEE  PURSUED PREFERENCE, FRAUDULENT TRANSFER ACTIONS AND LIQUIDATED ASSETS OF THE DEBTOR.  TFR

**Initial Projected Date of Final Report (TFR):** December 31, 2018           **Current Projected Date of Final Report (TFR):** March 25, 2020 (Actual)

# Form 2
## Cash Receipts and Disbursements Record

Exhibit 9

Page: 1

| Case Number: | 15-20488 AJC | | Trustee: | SONEET R. KAPILA, CHAPTER 7 TRUSTEE |
|---|---|---|---|---|
| Case Name: | Pharma Science Nutrients, Inc. | | Bank Name: | Signature Bank |
| | | | Account: | ******0892 - Checking |
| Taxpayer ID#: | **-***1165 | | Blanket Bond: | $52,222,000.00 (per case limit) |
| Period Ending: | 12/18/20 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/05/16 | Asset #19 | BROWN & BROWN OF FLORIDA, INC. | REFUND ON CANCELLED INSURANCE POLICY | 1229-000 | 2,409.56 | | 2,409.56 |
| 05/31/16 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 4.38 | 2,405.18 |
| 06/30/16 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 2,400.18 |
| 07/29/16 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 2,395.18 |
| 08/31/16 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,385.18 |
| 09/30/16 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,375.18 |
| 10/31/16 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,365.18 |
| 11/09/16 | Asset #5 | Innovation | PAYMENT PER ORDER DATED 10/25/16 (DE 122) Payment to A/R Account #2 Innovation; Payment #2 | 1129-000 | 10,000.00 | | 12,365.18 |
| 11/09/16 | Asset #16 | Innovation | PAYMENT PER ORDER DATED 10/25/16 (DE 122) | 1249-000 | 25,000.00 | | 37,365.18 |
| 11/30/16 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 49.55 | 37,315.63 |
| 12/21/16 | Asset #5 | Innovation | PAYMENT PER ORDER DATED 10/25/16 (DE 122) Payment to A/R Account #2 Innovation; Payment #3 | 1129-000 | 10,000.00 | | 47,315.63 |
| 12/30/16 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 73.12 | 47,242.51 |
| 01/31/17 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 93.17 | 47,149.34 |

# Form 2
## Cash Receipts and Disbursements Record

Exhibit 9

Page: 2

| Case Number: | 15-20488 AJC | Trustee: | SONEET R. KAPILA, CHAPTER 7 TRUSTEE |
|---|---|---|---|
| Case Name: | Pharma Science Nutrients, Inc. | Bank Name: | Signature Bank |
| | | Account: | ******0892 - Checking |
| Taxpayer ID#: | **-***1165 | Blanket Bond: | $52,222,000.00 (per case limit) |
| Period Ending: | 12/18/20 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>Uniform<br>Tran. Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/13/17 | Asset #7 | NUTRAVAIL, INC. | PAYMENT PER ORDER DATED 1/23/17 (DE 126) NUTRAVAIL SETTLEMENT Payment to A/R Account #1 NUTRAVAIL, INC.; Payment #1 | 1241-000 | 117,500.00 | | 164,649.34 |
| 02/22/17 | Asset #5 | Innovation | PAYMENT PER ORDER DATED 10/25/16 (DE 122) Payment to A/R Account #2 Innovation; Payment #4 | 1129-000 | 5,000.00 | | 169,649.34 |
| 02/28/17 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 191.88 | 169,457.46 |
| 03/31/17 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 323.83 | 169,133.63 |
| 04/28/17 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 291.93 | 168,841.70 |
| 05/31/17 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 343.47 | 168,498.23 |
| 06/30/17 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 311.61 | 168,186.62 |
| 07/31/17 | Asset #8 | BPI Settlement | PAYMENT PER ORDER DATED JULY 11, 2017 [ECF 137] Payment to A/R Account #3 BPI Settlement; Initial Down Payment | 1221-000 | 100,000.00 | | 268,186.62 |
| 07/31/17 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 300.66 | 267,885.96 |
| 08/10/17 | 1001 | Martin Claire & Co., LLC | PAYMENT PER ORDER DATED AUGUST 8, 2017 [ECF 152] | 3711-000 | | 400.00 | 267,485.96 |
| 08/14/17 | 1002 | SONEET R. KAPILA, CHAPTER 7 TRUSTEE | PAYMENT PER ORDER DATED JULY 28, 2017 [ECF 149] | 2100-000 | | 22,875.00 | 244,610.96 |

# Form 2
## Cash Receipts and Disbursements Record

Exhibit 9

Page: 3

| Case Number: | 15-20488 AJC | Trustee: | SONEET R. KAPILA, CHAPTER 7 TRUSTEE |
|---|---|---|---|
| Case Name: | Pharma Science Nutrients, Inc. | Bank Name: | Signature Bank |
| | | Account: | ******0892 - Checking |
| Taxpayer ID#: | **-***1165 | Blanket Bond: | $52,222,000.00 (per case limit) |
| Period Ending: | 12/18/20 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>Uniform<br>Tran. Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | 8<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/14/17 | 1003 | KAPILAMUKAMAL LLP | PAYMENT PER ORDER DATED JULY 28, 2017 [ECF 149] | 3310-000 | | 13,220.40 | 231,390.56 |
| 08/14/17 | 1004 | KOZYAK TROPIN THROCKMORTON PA | PAYMENT PER ORDER DATED JULY 28, 2017 [ECF 149] | 3210-000 | | 46,762.50 | 184,628.06 |
| 08/31/17 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 465.93 | 184,162.13 |
| 09/14/17 | | BPI Settlement | PAYMENT PER ORDER DATED JULY 11, 2017 [ECF 137] | | 70,000.00 | | 254,162.13 |
| 09/14/17 | Asset #8 | | 35,000.00<br>Payment to A/R Account #3<br>BPI Settlement; Payment #1 | 1221-000 | | | 254,162.13 |
| 09/14/17 | Asset #8 | | 35,000.00<br>Payment to A/R Account #3<br>BPI Settlement; Payment #2 | 1221-000 | | | 254,162.13 |
| 09/29/17 | 1005 | KAPILAMUKAMAL LLP | PAYMENT PER ORDER DATED SEPTEMBER 21, 2017 [ECF 160] | 3310-000 | | 6,309.20 | 247,852.93 |
| 09/29/17 | 1006 | KAPILAMUKAMAL, LLP | PAYMENT PER ORDER DATED SEPTEMBER 21, 2017 [ECF 160] | 3320-000 | | 17.62 | 247,835.31 |
| 09/29/17 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 393.95 | 247,441.36 |
| 10/27/17 | Asset #8 | BPI Settlement | PAYMENT PER ORDER DATED JULY 11, 2017 [ECF 137]<br>Payment to A/R Account #3 BPI Settlement; Payment #3 | 1221-000 | 35,000.00 | | 282,441.36 |
| 10/31/17 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 498.68 | 281,942.68 |

# Form 2
## Cash Receipts and Disbursements Record

Exhibit 9

Page: 4

| Case Number: | 15-20488 AJC | | Trustee: | SONEET R. KAPILA, CHAPTER 7 TRUSTEE |
|---|---|---|---|---|
| Case Name: | Pharma Science Nutrients, Inc. | | Bank Name: | Signature Bank |
| | | | Account: | ******0892 - Checking |
| Taxpayer ID#: | **-***1165 | | Blanket Bond: | $52,222,000.00 (per case limit) |
| Period Ending: | 12/18/20 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 11/15/17 | Asset #12 | Jonathan Kline, PA | PAYMENT PER ORDER DATED 11/6/17 (DE 166) Payment to A/R Account #1000 Jonathan Kline, PA; Payment #1 | 1241-000 | 2,175.00 | | 284,117.68 |
| 11/30/17 | Asset #8 | BPI Sports, LLC | PAYMENT PER ORDER DATED JULY 11, 2017 [ECF 137] Payment to A/R Account #3 BPI Settlement; Payment #4 | 1221-000 | 35,000.00 | | 319,117.68 |
| 11/30/17 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 523.41 | 318,594.27 |
| 12/26/17 | Asset #15 | AMERCAN EXPRESS | PAYMENT PER ORDER DATED JANUARY 5, 2018 | 1241-000 | 100,000.00 | | 418,594.27 |
| 12/29/17 | Asset #8 | BPI Sports, LLC | PAYMENT PER ORDER DATED JULY 11, 2017 [ECF 137] Payment to A/R Account #3 BPI Settlement; Payment #5 | 1221-000 | 35,000.00 | | 453,594.27 |
| 12/29/17 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 588.04 | 453,006.23 |
| 01/31/18 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 921.53 | 452,084.70 |
| 02/28/18 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 780.37 | 451,304.33 |
| 03/13/18 | Asset #17 | BIOGIN USA INC | BIOGIN SETTLEMENT - PAYMENT PER ORDER DATED 3/20/18 | 1241-000 | 10,000.00 | | 461,304.33 |
| 03/30/18 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 845.08 | 460,459.25 |
| 04/30/18 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 879.92 | 459,579.33 |
| 05/31/18 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 878.24 | 458,701.09 |

**Form 2**            Exhibit 9

**Cash Receipts and Disbursements Record**        Page: 5

| Case Number: | 15-20488 AJC | | Trustee: | SONEET R. KAPILA, CHAPTER 7 TRUSTEE |
|---|---|---|---|---|
| Case Name: | Pharma Science Nutrients, Inc. | | Bank Name: | Signature Bank |
| | | | Account: | ******0892 - Checking |
| Taxpayer ID#: | **-***1165 | | Blanket Bond: | $52,222,000.00 (per case limit) |
| Period Ending: | 12/18/20 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>Uniform<br>Tran. Code | Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/29/18 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 820.01 | 457,881.08 |
| 07/05/18 | Asset #18 | James A. Mienick | PAYMENT PER ORDER DATED 7/13/18 Payment to A/R Account #300 Larry Booth; Initial Down Payment | 1241-000 | 8,100.00 | | 465,981.08 |
| 07/30/18 | Asset #20 | James A. Mienick | PAYMENT PER ORDER DATED 5/22/18 Payment to A/R Account #6 James M, P&T, NAJ; Payment #1 | 1241-000 | 10,000.00 | | 475,981.08 |
| 07/31/18 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 916.82 | 475,064.26 |
| 08/31/18 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 907.83 | 474,156.43 |
| 09/18/18 | 1007 | KOZYAK TROPIN THROCKMORTON PA | PAYMENT PER ORDER DATED SEPTEMBER 13, 2018 [ECF202] | 3210-000 | | 137,960.00 | 336,196.43 |
| 09/18/18 | 1008 | KOZYAK TROPIN THROCKMORTON PA | PAYMENT PER ORDER DATED SEPTEMBER 13, 2018 [ECF202] | 3220-000 | | 7,251.77 | 328,944.66 |
| 09/18/18 | 1009 | KAPILAMUKAMAL LLP | PAYMENT PER ORDER DATED SEPTEMBER 13, 2018 [ECF 203] | 3310-000 | | 9,649.50 | 319,295.16 |
| 09/18/18 | 1010 | KAPILAMUKAMAL, LLP | PAYMENT PER ORDER DATED SEPTEMBER 13, 2018 [ECF 203] | 3320-000 | | 472.36 | 318,822.80 |
| 09/28/18 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 753.87 | 318,068.93 |
| 10/31/18 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 647.03 | 317,421.90 |
| 11/30/18 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 587.01 | 316,834.89 |
| 12/31/18 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 605.46 | 316,229.43 |

# Form 2
## Cash Receipts and Disbursements Record

Exhibit 9

Page: 6

| Case Number: | 15-20488 AJC | | Trustee: | SONEET R. KAPILA, CHAPTER 7 TRUSTEE |
|---|---|---|---|---|
| Case Name: | Pharma Science Nutrients, Inc. | | Bank Name: | Signature Bank |
| | | | Account: | ******0892 - Checking |
| Taxpayer ID#: | **-***1165 | | Blanket Bond: | $52,222,000.00 (per case limit) |
| Period Ending: | 12/18/20 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>Uniform<br>Tran. Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/30/19 | Asset #20 | KOZYAK TROPIN THROCKMORTON | PAYMENT PER ORDER DATED 5/22/18 Payment to A/R Account #6 James M, P&T, NAJ; Payment #2 | 1241-000 | 4,000.00 | | 320,229.43 |
| 01/31/19 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 623.83 | 319,605.60 |
| 02/28/19 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 551.65 | 319,053.95 |
| 03/29/19 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 570.36 | 318,483.59 |
| 04/30/19 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 628.24 | 317,855.35 |
| 05/06/19 | Asset #22 | STATE OF FLORIDA DEPARTMENT OF FINANCIAL SERVICES | UNCLAIMED FUNDS RECOVERED FROM THE STATE OF FLORIDA | 1290-000 | 196.11 | | 318,051.46 |
| 05/07/19 | 1011 | Regions Bank | PAYMENT PER ORDER DATED APRIL 20, 2018 [ECF 182] | 4210-000 | | 158,285.26 | 159,766.20 |
| 05/31/19 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 500.36 | 159,265.84 |
| 06/28/19 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 274.90 | 158,990.94 |
| 07/25/19 | Asset #20 | KOZYAK TROPIN THROCKMORTON | PAYMENT PER ORDER DATED 5/22/18 Payment to A/R Account #6 James M, P&T, NAJ; Payment #3 | 1241-000 | 4,000.00 | | 162,990.94 |
| 07/31/19 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 324.94 | 162,666.00 |
| 08/30/19 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 300.82 | 162,365.18 |
| 09/30/19 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 310.27 | 162,054.91 |
| 10/31/19 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 329.70 | 161,725.21 |

Exhibit 9

# Form 2
## Cash Receipts and Disbursements Record

Page: 7

| Case Number: | 15-20488 AJC | Trustee: | SONEET R. KAPILA, CHAPTER 7 TRUSTEE |
|---|---|---|---|
| Case Name: | Pharma Science Nutrients, Inc. | Bank Name: | Signature Bank |
| | | Account: | ******0892 - Checking |
| Taxpayer ID#: | **-***1165 | Blanket Bond: | $52,222,000.00 (per case limit) |
| Period Ending: | 12/18/20 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 11/18/19 | Asset #10 | KOZYAK-TROPIN THROCKMORTON | PAYMENT PER ORDER DATED 5/22/18 | 1241-000 | 10,500.00 | | 172,225.21 |
| 11/29/19 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 296.23 | 171,928.98 |
| 12/31/19 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 339.15 | 171,589.83 |
| 01/31/20 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 327.04 | 171,262.79 |
| 02/28/20 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 294.80 | 170,967.99 |
| 05/01/20 | 1012 | SONEET R. KAPILA, CHAPTER 7 TRUSTEE | Dividend of 100.000000000% | 2100-000 | | 10,069.03 | 160,898.96 |
| 05/01/20 | 1013 | KAPILAMUKAMAL LLP | Dividend of 100.000000000% | 3310-000 | | 5,514.80 | 155,384.16 |
| 05/01/20 | 1014 | KOZYAK TROPIN THROCKMORTON PA | Dividend of 100.000000000% | 3210-000 | | 8,417.50 | 146,966.66 |
| 05/01/20 | 1015 | KAPILAMUKAMAL, LLP | Dividend of 100.000000000% | 3320-000 | | 199.10 | 146,767.56 |
| 05/01/20 | 1016 | KOZYAK TROPIN THROCKMORTON PA | Dividend of 100.000000000% | 3220-000 | | 442.94 | 146,324.62 |
| 05/01/20 | 1017 | SONEET R. KAPILA, CHAPTER 7 TRUSTEE | Dividend of 100.000000000% | 2200-000 | | 442.95 | 145,881.67 |
| 05/01/20 | 1018 | Office of the United States Trustee | Dividend of 100.000000000%, Claim No. 24 | 2950-000 | | 650.00 | 145,231.67 |
| 05/01/20 | 1019 | MICHAEL D. SEESE, ESQ. | Dividend of 100.000000000% | 6210-000 | | 9,451.50 | 135,780.17 |
| 05/01/20 | 1020 | MICHAEL D. SEESE, ESQ. | Dividend of 100.000000000% | 6220-000 | | 541.02 | 135,239.15 |
| 05/01/20 | 1021 | BAST AMRON, LLP | Dividend of 100.000000000% | 6700-140 | | 33,151.50 | 102,087.65 |

# Form 2
## Cash Receipts and Disbursements Record

Exhibit 9

Page: 8

| Case Number: | 15-20488 AJC | | Trustee: | SONEET R. KAPILA, CHAPTER 7 TRUSTEE |
|---|---|---|---|---|
| Case Name: | Pharma Science Nutrients, Inc. | | Bank Name: | Signature Bank |
| | | | Account: | ******0892 - Checking |
| Taxpayer ID#: | **-***1165 | | Blanket Bond: | $52,222,000.00 (per case limit) |
| Period Ending: | 12/18/20 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/01/20 | 1022 | BAST AMRON, LLP | Dividend of 100.000000000% | 6710-150 | | 320.14 | 101,767.51 |
| 05/01/20 | 1023 | State of Florida - Department of Revenue | Dividend of 100.000000000%, Claim No. 16-2 | 5800-000 | | 41.46 | 101,726.05 |
| 05/01/20 | 1024 | Internal Revenue Service | Dividend of 100.000000000%, Claim No. 5 | 5800-000 | | 21,339.18 | 80,386.87 |
| 05/01/20 | 1025 | Freightquote | Dividend of 2.109830145%, Claim No. 1 | 7100-000 | | 643.90 | 79,742.97 |
| 05/01/20 | 1026 | J Marshall Fry | Dividend of 2.109830145%, Claim No. 12 | 7100-000 | | 45.92 | 79,697.05 |
| 05/01/20 | 1027 | Regions Bank | Dividend of 2.109830145%, Claim No. 13 | 7100-000 | | 7,252.66 | 72,444.39 |
| 05/01/20 | 1028 | Florida Supplement LLC | Dividend of 2.109830145%, Claim No. 14 | 7100-000 | | 19,106.38 | 53,338.01 |
| 05/01/20 | 1029 | All American Containers, Inc. | Dividend of 2.109830145%, Claim No. 15 | 7100-000 | | 2,581.02 | 50,756.99 |
| 05/01/20 | 1030 | State of Florida - Department of Revenue | Dividend of 2.109830145%, Claim No. 16-2 | 7100-000 | | 7.82 | 50,749.17 |
| 05/01/20 | 1031 | Batory Foods | Dividend of 2.109830145%, Claim No. 18; Stopped on 09/10/2020 | 7100-000 | | 22,704.45 | 28,044.72 |
| 05/01/20 | 1032 | Novel Ingredient Services, LLC | Dividend of 2.109830145%, Claim No. 19 | 7100-000 | | 701.98 | 27,342.74 |
| 05/01/20 | 1033 | NATIONAL POLYMERS LLC/NATIONAL MEASURES | Dividend of 2.109830145%, Claim No. 2; Stopped on 09/10/2020 | 7100-000 | | 332.96 | 27,009.78 |
| 05/01/20 | 1034 | Ausvita Nutrition, Inc. | Dividend of 2.109830145%, Claim No. 20 | 7100-000 | | 1,977.64 | 25,032.14 |
| 05/01/20 | 1035 | Vitajoy USA Inc. | Dividend of 2.109830145%, Claim No. 21 | 7100-000 | | 3,706.71 | 21,325.43 |

# Form 2
## Cash Receipts and Disbursements Record

Exhibit 9

Page: 9

| Case Number: | 15-20488 AJC | | Trustee: | SONEET R. KAPILA, CHAPTER 7 TRUSTEE |
|---|---|---|---|---|
| Case Name: | Pharma Science Nutrients, Inc. | | Bank Name: | Signature Bank |
| | | | Account: | ******0892 - Checking |
| Taxpayer ID#: | **-***1165 | | Blanket Bond: | $52,222,000.00 (per case limit) |
| Period Ending: | 12/18/20 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>Uniform<br>Tran. Code | Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/01/20 | 1036 | BioGin Biochemicals Co., Ltd | Dividend of 2.109830145%, Claim No. 22 | 7100-000 | | 12,553.54 | 8,771.89 |
| 05/01/20 | 1037 | NATIONAL POLYMERS LLCNATIONAL MEASURES | Dividend of 2.109830145%, Claim No. 23; Stopped on 09/10/2020 | 7100-000 | | 332.96 | 8,438.93 |
| 05/01/20 | 1038 | Kluger, Kaplan, Silverma,. Katzen and Levine, P.L. | Dividend of 2.109830145%, Claim No. 4 | 7100-000 | | 113.84 | 8,325.09 |
| 05/01/20 | 1039 | Archer Daniels Midland Company | Dividend of 2.109830145%, Claim No. 6 | 7100-000 | | 5,840.65 | 2,484.44 |
| 05/01/20 | 1040 | Sun-Pac Manufacturing, Inc. | Dividend of 2.109830145%, Claim No. 7 | 7100-000 | | 1,868.91 | 615.53 |
| 05/01/20 | 1041 | TIC Gums, Inc. | Dividend of 2.109830145%, Claim No. 8 | 7100-000 | | 590.21 | 25.32 |
| 05/01/20 | 1042 | Craig Rosenberg | Dividend of 2.109830145%, Claim No. 9 | 7100-000 | | 25.32 | 0.00 |
| 09/10/20 | 1031 | Batory Foods | Dividend of 2.109830145%, Claim No. 18; Stopped: Check issued on 05/01/2020 | 7100-000 | | -22,704.45 | 22,704.45 |
| 09/10/20 | 1033 | NATIONAL POLYMERS LLC/NATIONAL MEASURES | Dividend of 2.109830145%, Claim No. 2; Stopped: Check issued on 05/01/2020 | 7100-000 | | -332.96 | 23,037.41 |
| 09/10/20 | 1037 | NATIONAL POLYMERS LLCNATIONAL MEASURES | Dividend of 2.109830145%, Claim No. 23; Stopped: Check issued on 05/01/2020 | 7100-000 | | -332.96 | 23,370.37 |
| 09/11/20 | 1043 | NATIONAL POLYMERS LLC/NATIONAL MEASURES | REISSUE OF FINAL DISTRIBUTION CHECK | 7100-000 | | 332.96 | 23,037.41 |
| 09/11/20 | 1044 | NATIONAL POLYMERS LLCNATIONAL MEASURES | REISSUE OF FINAL DISTRIBUTION CHECK | 7100-000 | | 332.96 | 22,704.45 |

# Form 2
## Cash Receipts and Disbursements Record

Exhibit 9

Page: 10

| Case Number: | 15-20488 AJC | Trustee: | SONEET R. KAPILA, CHAPTER 7 TRUSTEE |
|---|---|---|---|
| Case Name: | Pharma Science Nutrients, Inc. | Bank Name: | Signature Bank |
| | | Account: | ******0892 - Checking |
| Taxpayer ID#: | **-***1165 | Blanket Bond: | $52,222,000.00 (per case limit) |
| Period Ending: | 12/18/20 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/11/20 | 1045 | Batory Foods | REISSUE OF FINAL DISTRIBUTION CHECK | 7100-000 | | 22,704.45 | 0.00 |

| | | | |
|---|---|---|---|
| | **ACCOUNT TOTALS** | 593,880.67 | 593,880.67 | $0.00 |
| | Less: Bank Transfers | 0.00 | 0.00 | |
| | **Subtotal** | 593,880.67 | 593,880.67 | |
| | Less: Payment to Debtors | | 0.00 | |
| | **NET Receipts / Disbursements** | **$593,880.67** | **$593,880.67** | |

| | | |
|---|---|---|
| Net Receipts: | $593,880.67 |
| Net Estate: | $593,880.67 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******0892** | 593,880.67 | 593,880.67 | 0.00 |
| | **$593,880.67** | **$593,880.67** | **$0.00** |